BEFORE THE THIRD DIVISION, APRIL 27, 1939

**No. 41157.**—Protest 836215–G (A) of M. Flax (Los Angeles).

Opinion by CLINE, J. It appeared that the outer case containing the artists' colors in tubes was legally marked but that neither the imported articles nor the immediate containers thereof were marked. The tubes were found to be the immediate containers and the protest was overruled. *Arden* v. *United States* (C. D. 25) cited.

**No. 41158.**—Protest 829218–G of Nippon Toy Co. (Los Angeles).

Opinion by CLINE, J. The exhibits consist of a small doll on a stick at the top of which appears a sort of parachute. There is also an object made of wire with a spring attached, used to shoot the doll and the parachute into the air. No marking appears on any of these articles but the words "Made in Japan" are printed on a label giving the directions for the use of the article. This label is securely attached to the cardboard box which is the immediate container of the toy. On the authority of *Asiam* v. *United States* (25 C. C. P. A. 68, T. D. 49065) and *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) the protest was sustained.

**No. 41159.**—Protest 704954–G of Edmond Weil, Inc. (New York).

Opinion by CLINE, J. It appeared that the goatskins were packed in burlap bales having labels pasted on each bale containing the words "Product of Syria." On the authority of *American Hatters & Furriers Co.* v. *United States* (C. D. 31) and Abstracts 37079, 39518, 39520, and 39549 the protest was sustained.

**No. 41160.**—Protest 926989–G/11200 of Eugene Ellis Co., Inc. (New Orleans).

Opinion by CLINE, J. It appeared that 4 or 5 pieces of the seersucker were folded flat and wrapped in paper, each package being tied with a string; that the packages were packed in a wooden case having a tin lining and covered with burlap marked "Made in India," but no marking appeared on the cloth, the paper, or the wooden case. On the authority of Abstracts 34432, 32579, and 32564 it was held that as neither the goods nor the wrapping paper bore any marking to show the country of origin the additional duty was properly assessed. The protest was therefore overruled.

**No. 41161.**—Protest 946824–G of Biddle Purchasing Co. (New York).

Opinion by CLINE, J. It appeared that the crabmeat in question is the product of Korea or Chosen and that it was packed in cans marked "Product of Japan." On the authority of Abstract 40291 the protest was overruled.